# EXHIBIT "A"

# BEE LINE BUS TRANSPORTATION LLC

LUZ ACADEMY OF TUCSON
2797 N. INTROSPECT DRIVE
TUCSON, AZ 85745

August 2013

*RE: CONTRACT AGREEMENT BETWEEN BEE LINE BUS TRANSPORTATION LLC AND LUZ ACADEMY OF TUCSON FOR WEEK TO WEEK STUDENT TRANSPORTATION SERVICES PROVIDED BY BEE LINE FOR LUZ ACADEMY OF TUCSON, LOCATED AT 2797 N. INTROSPECT DRIVE.*

## DATE OF SERVICES:

AUGUST 2013 - MAY 2014

## EQUIPMENT:

3 (THREE) SCHOOL BUSES

## PRICE:

$300 PER DAY PER BUS. MILEAGE IS LIMITED TO 160 MILES PER BUS PER DAY BARN TO BARN. DRIVER IS LIMITED TO 7 (SEVEN) HOURS PER DAY BARN TO BARN. EXCESS MILEAGE IS BILLED @ $3.00 PER MILE. EXCESS HOURS ARE BILLED @ $40.00 PER HOUR.

## FUEL COSTS ADJUSTMENTS:

THESE PRICES ARE BASED UPON A STREET PRICE OF UP TO $4.00 PER GALLON OF FUEL. SHOULD THE PRICE OF FUEL EXCEED $4.00 PER GALLON, BEE LINE WOULD NOTIFY LUZ ACADEMY AND THE SCHOOL WOULD BE CHARGED THE ACTUAL FUEL COST ABOVE THE $4.00 PER GALLON BASED ON ACTUAL GALLONS USED.

## PAYMENT REQUIREMENTS:

PAYMENT IS DUE ON FRIDAY EACH WEEK BY 5:00 PM FOLLOWING THE WEEK OF SERVICE IN ORDER TO CONTINUE THE SERVICE THE NEXT WEEK. Interest shall be applied to any outstanding balance beginning the first day after payment is due in the amount of two percent (2%) per day, twenty four percent (24%) per annum. Bee Line reserves the right to suspend and/or terminate service should payment become an issue. Should it become necessary to refer this account to an attorney for collection, Luz Academy of Tucson shall pay all costs and expenses incurred by Bee Line in the collection efforts including, but not limited to, attorney fees, court costs and expenses.

## SERVICES PROVIDED:

BEE LINE PROVIDES BUSES & DRIVERS THAT CONFORM TO ARIZONA REVISED STATUTES RELATING TO SCHOOL BUS TRANSPORTATION.

BEE LINE MAINTAINS BUSES IN A SAFE CONDITION.

BEE LINE CARRIES LIABILITY INSURANCE IN THE AMOUNT OF $5,000,000.00

## OTHER:
Student discipline policies will be enforced by both Bee Line Bus Transportation LLC and Luz Academy of Tucson and vandalism to buses/equipment by students occurring during the bus ride will be charged back to the school at actual cost of repairs including labor.

Arbitration:
1. Any disputes involving this Contract which are not resolved between the parties within fifteen (15) days of written notice detailing the dispute from one party to the other shall be arbitrated in accordance with the Commercial Rules of the American Arbitration Association in Phoenix, Arizona.
2. Governing law, jurisdiction and venue is located in Tucson, Pima County, Arizona.
3. Any notices are to be given to the other party in writing and sent either certified, return receipt mail, USPO, deemed delivered three (3) days after postmarked, or in person or delivery service with confirmed delivery receipt.
4. Modification of this Contract must be in writing signed by all parties hereto.
5. This Contract may not be assigned without the prior written consent of the other party.
6. This Contract insures to benefit, and shall be binding upon, the parties and their successors and assigns.

# BEE LINE BUS TRANSPORTATION LLC

**TERMS OF AGREEMENT**
**ACCEPTED BY:**

_Cynthia Jo Franklin_
Authorized Agent for Bee Line
Bus Transportation LLC
"A Limited Liability Company"

_Barrón_
Authorized Agent: Luz Academy Agent

Cynthia Jo Franklin
Printed Name

PEPE BARRÓN
Printed Name

8.12.13
Date

8/9/13
Date

_[signature]_
Witness

_Barbara W Cisneros_
Witness

Victor Ochoa
Printed Name

Barbara W Cisneros
Printed Name

8-12-13
Date

08/09/13
Date

P.O. Box 17391, Tucson, Arizona 85731