# BEE LINE-TUCSON

P. O. BOX 17391
TUCSON, AZ 85731
PHONE (520) 760-8784
FAX # 885-2421- EMERGENCY # 867-1782

# Customer Invoice

| ORDERED BY : | INVOICE DATE: | INVOICE # |
|---|---|---|
|  | 5/16/2014 | 19624 |

| BILL TO : | MAIL TO : |
|---|---|
| LUZ ACADEMY<br>2797 N INTROSPECT DR<br>ATTN: MARY REYES<br>TUCSON, AZ 85745<br>PH- 807-5892 FAX 807-2120 | LUZ ACADEMY<br>2797 N INTROSPECT DR<br>ATTN: MARY REYES<br>TUCSON, AZ 85745<br>PH- 807-5892 FAX 807-2120 |

| PAYMENT | SPOT DATE / TIME | RELEASE DATE / TIME |
|---|---|---|
| CHECK | MONDAY, MAY 12, 2014 | FRIDAY, MAY 16, 2014 |

| QTY | BUS | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 30 | SCHOOL... | BLUE, RED, YELLOW AM & PM ROUTES:<br>MAY 12,13,14,15,16 | 150.00 | 4,500.00 |

Driver Gratuity Not Included

**Total** $4,500.00

*Chartering party agrees on overnight trips to reserve and pay for private room(s) for driver(s). Deposit of 10% due upon receipt of this confirmation. All balances or Purchase Orders due 10 days prior to departure date. CANCELLATION FEES: $50.00 - 7 days before departure. $100.00 - 72 hrs before departure. $150.00 - 24 hrs before departure. TOTAL AMOUNT - Day of departure. IMPORTANT: Performance of service subject to tariff regulations, availability of equipment and ability to perform it. Any damage to the chartered vehicle will be billed to the chartering party. Cost is based on the best estimate TIME or MILEAGE, whichever is greater based upon information provided by the chartering party. Bee Line reserves the right to bill for amounts that exceed the estimate. Chartering party agrees to DEPOSIT, PAYMENT TERMS, LATE CANCELLATION FEES AND RETURNED CHECK FEE $25.00. Performance of service constitutes acceptance of all conditions by charter party.*